Case 3:23-cv-03105-TSL-RPM Document 1 Filed 11/20/23 Page 1 of 5

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 20 2023
ARTHUR JOHNSTON
BY ____________ DEPUTY



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Deshun R Leggett
Plaintiff

v. CASE NO. 3:23cv3105-TSL-RPM

Hinds County Raymond Jail
Defendant

PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

A. Legal name: Deshun R Leggett

B. Name under which sentenced: N/A

C. Inmate identification number: 2000087080

D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 1935 US HWY 49 N Tutwiler MS 38963

E. Place of confinement:

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

Name: Hinds County Raymond Jail

Title (Superintendent, Sheriff, etc.): Tyree Jones

Defendant's mailing address (street or post office box number, city, state, ZIP) 1450 County farm Rd Raymond, MS 3

Name: Hinds County officers

Title (Superintendent, Sheriff, etc.): Tyree Jones

Defendant's mailing address (street or post office. box number, city, state, ZIP): 1450 County Farm Rd Raymond, MS

Name: ____________________

Title (Superintendent, Sheriff, etc.): ____________________

Defendant's mailing address (street or post office box number, city, state, ZIP): ____________________

Name: ____________________

Title (Superintendent, Sheriff, etc.): ____________________

Defendant's mailing address (street or post office box number, city, state, ZIP): ____________________

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

Plaintiff(s): ____________________

Defendant(s): ____________________

B. Court: ____________ C. Docket No.: ____________

D. Judge's Name: ____________ E. Date suit filed: ____________

F. Date decided: ____________ G. Result (affirmed, reversed, etc.): ____________

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☑ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☐ Yes ☑ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☐ Yes ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I Stated I wish to complaint about me being assaulted and I was asking notice of my rights to get a form to go through the grievance process they had all the machines down at [illegible] but I put one in [illegible] [illegible] I never got presented that's why I'm pursuing this [illegible] [illegible] [illegible] down here where it's never was reviewed.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

They never reviewed it or gave me a response it's been over 90 days since I put it in.

**Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

(1) It's all the 1st Shift officers that work around March of 2023 that work on A pod Hinds county Raymond j[illegible] (2) And the 1st Shift of october of 2023 on C-2 housing unit that I was assuated I didnt have No Clue of all they names but the camera footage will identify them if needed. (3) And The living Conditions of the Jail like roaches everywhere Showers nasty mold & meldew in cells and the Shower The water mess up toilet bag up and more But I will like to get help on these listed above to whom this may concern.

Case 3:24-cv-00351-HTW-LGI Document 21 Filed 06/20/24 Page 5 of 5



10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I wish to file a civil action law suit against Hinds county Raymond Jail that's should be hold accountable for my rights getting broke and causing me to have mental issues behind my mind going in and out having the to be paranoid and having been able to get any help behind this situation.

"For Pain + Suffering + cruel + unusual punishment."

This Complaint was executed at (location): Hinds county Raymond Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 10/24/23

[signature]
Plaintiff's Signature